IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                              PETITIONER

VS.                          CASE NO. 5:14CV00434 JM

LARRY NORRIS, Acting Director of the
Arkansas Department of Correction                          RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge

H. David Young.  No objections have been filed.  The Court has been notified that the proposed

Findings and Recommendations which were mailed to Mr. Briley have been returned as

undeliverable.  However, Local Rule 5.5(c)(2) instructs pro se parties that it is their

responsibility to notify the Clerk and other parties of any change in address, to monitor the

progress of the case, and to prosecute or defend the action diligently.   Therefore, after careful

review the Court concludes that the Findings and Recommendations should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be

entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in

the United States District Court, the Court must determine whether to issue a certificate of

appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if

the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §

2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a

denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 19th day of February, 2015.

UNITED STATES DISTRICT JUDGE